

RECEIVED
IN LAKE CHARLES, LA
MAR - 9 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **PHYLLIS PINCH, ET AL** | : | **DOCKET NO. 2:06 CV 2051** |
| V. | : | **JUDGE MINALDI** |
| **STATE FARM FIRE & CASUALTY COMPANY, ET AL.** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that Plaintiffs' motion to remand is DENIED. It is further ordered that there is summary judgment in favor of Enos Derbonne and against Plaintiffs dismissing all claims against Enos Derbonne with prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___8___ day of ___March___, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE